IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-01976-WJM-MJW

JOSEPH VIGIL,

Plaintiff(s),

v.

BENT COUNTY CORRECTIONAL FACILITY CORRECTIONAL OFFICER (First name unknown) MORGAN,
(Private Prison Monitor Unit) MEDICAL DOUG ROBERTS,
NURSE RAY RICE (Contractor of C.D.O.C.) (Employee of C.D.O.C.), and
DR. MAURICE FAUVEL (Contractor of C.D.O.C.),

Defendant(s).

ORDER SETTING STATUS CONFERENCE
FOR
PRO SE PLAINTIFF

Entered by Magistrate Judge Michael J. Watanabe

The above-captioned case has been referred to Magistrate Judge Michael J. Watanabe pursuant to the Order Referring Case, entered by Judge William J. Martinez on September 9, 2013 (Docket No. 12).

IT IS HEREBY ORDERED that a Status Conference shall be held on:

> October 24, 2013, at 9:00 a.m.
> in Courtroom A-502,
> Fifth Floor,
> Alfred A. Arraj U.S. Courthouse,
> 901 19th Street,
> Denver, Colorado 80294

FURTHER, it is ORDERED that the pro se incarcerated Plaintiff may participate in this Status Conference by telephone.  Plaintiff's case manager or other appropriate staff member shall set up this call.  The court's telephone number is (303) 844-2403.

**Absent exceptional circumstances, no request for rescheduling any appearance in this court will be entertained <u>unless a written request is made FIVE (5) business days in advance of the date of appearance.</u>**

<u>THE PLAINTIFF SHALL NOTIFY ALL PARTIES WHO HAVE NOT ENTERED AN APPEARANCE OF THE DATE AND TIME FOR THE STATUS CONFERENCE.</u>

FURTHER, it is ORDERED that Plaintiff shall forthwith serve **each Defendant** with service of process consistent with Federal Rule of Civil Procedure 4.

FURTHER, it is ORDERED that at the Status Conference the pro se Plaintiff shall:

1. Provide written proof of service of process on **ALL** Defendants **or** show cause why this case should not be dismissed for lack of service of process and/or failure to prosecute;

2. Inform this court on whether you intend to retain legal counsel. If you intend to retain legal counsel, then you shall be prepared to inform this court, on the record, of what efforts you have made to retain legal counsel; and,

3. Become familiar with the following Rules: (a) the Federal Rules of Civil Procedure, (b) the United States District Court for the District of Colorado Local Rules of Practice, and (c) the Federal Rules of Evidence. These sets of rules shall apply in this case.

Please remember that **everyone** seeking entry into the Alfred A. Arraj United States Courthouse will be required to show valid photo identification. <u>See</u> D.C.COLO.LCivR 83.2B. Failure to comply with this requirement will result in denial of entry into the Alfred A. Arraj United States Courthouse.

FURTHER, it is ORDERED that the Clerk of the Court shall add the following interested party to the manual notification for this case for continuing manual notice until further ordered:

To the Case Manager or Inmate Coordinator of:
Joseph Vigil
#115946
Fremont Correctional Facility
P.O. Box 999
Canon City, CO 81215-0999

Done and signed this 9th day of September, 2013.

BY THE COURT:
s/Michael J. Watanabe
MICHAEL J. WATANABE
United States Magistrate Judge