IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-01976-WJM-MJW

JOSEPH VIGIL,

Plaintiff(s),

v.

BENT COUNTY CORRECTIONAL FACILITY CORRECTIONAL OFFICER (First name unknown) MORGAN,
(Private Prison Monitor Unit) MEDICAL DOUG ROBERTS,
NURSE RAY RICE (Contractor of C.D.O.C.) (Employee of C.D.O.C.), and
DR. MAURICE FAUVEL (Contractor of C.D.O.C.),

Defendant(s).

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the pro se plaintiff's "unopposed motion for" (Docket No. 26) is denied without prejudice. The court cannot discern what relief plaintiff is seeking in this motion.

Date: October 30, 2013