IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-01976-WJM-MJW

JOSEPH VIGIL,

Plaintiff(s),

v.

BENT COUNTY CORRECTIONAL FACILITY CORRECTIONAL OFFICER (First name unknown) MORGAN,
BENT COUNTY CORRETIONAL FACILITY (Private Prison Monitor Unit) MEDICAL DOUG ROBERTS,
NURSE RAY RICE (Employee), Contractor of CDOC, and
DR. MAURICE FAUVEL, (Employee) (Contractor of C.DOC.),

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the plaintiff's Motion to Allow Plaintiff to Mitigate Relief (Docket No. 39), which this court has construed as a motion to amend the relief section in the plaintiff's Second Amended Complaint (Docket No. 23 at 17), is denied for the reasons stated in the defendants' response (Docket No. 42).

Date: January 23, 2014