IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-01976-WJM-MJW

JOSEPH VIGIL,

Plaintiff(s),

v.

BENT COUNTY CORRECTIONAL FACILITY CORRECTIONAL OFFICER (First name unknown) MORGAN,
BENT COUNTY CORRETIONAL FACILITY (Private Prison Monitor Unit) MEDICAL DOUG ROBERTS,
NURSE RAY RICE (Employee), Contractor of CDOC, and
DR. MAURICE FAUVEL, (Employee) (Contractor of C.DOC.),

Defendant(s).

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

    It is hereby **ORDERED** that the plaintiff's Motion to request Discovery from Defendants for 13-cv-01976-WJM-MJW (Docket No. 51) is denied.  Plaintiff must seek discovery from defendants in accordance with the applicable Federal Rules of Civil Procedure rather than through a motion to the court.

Date: March 12, 2014