**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge William J. Martínez**

Civil Action No. 13-cv-1976-WJM-MJW

JOSEPH VIGIL,

     Plaintiff,

v.

BENT COUNTY CORRECTIONAL FACILITY CORRECTIONAL OFFICER MORGAN,
BENT COUNTY CORRECTIONAL FACILITY MEDICAL DOUG ROBERTS,
NURSE RAY RICE, Contractor of CDOC, and
DR. MAURICE FAUVEL,

     Defendants.

_____

**ORDER ADOPTING MAY 27, 2014 RECOMMENDATION OF MAGISTRATE JUDGE,**
**GRANTING DEFENDANT MORGAN'S MOTION TO DISMISS**
_____

This matter is before the Court on the May 27, 2014 Recommendation of United States Magistrate Judge Michael J. Watanabe (the "Recommendation") (ECF No. 65) that Defendant Morgan's Motion to Dismiss (ECF No. 18) be granted.  The Recommendation is incorporated herein by reference.  *See* 28 U.S.C. § 636(b)(1)(B); Fed. R. Civ. P. 72(b).

The Recommendation advised the parties that specific written objections were due within fourteen days after being served with a copy of the Recommendation.  (ECF No. 65, at 8)  Despite this advisement, no objections to the Magistrate Judge's Recommendation have to date been received.

The Court concludes that the Magistrate Judge's analysis was thorough and sound, and that there is no clear error on the face of the record.  *See* Fed. R. Civ. P. 72(b) advisory committee's note ("When no timely objection is filed, the court need only

satisfy itself that there is no clear error on the face of the record in order to accept the recommendation."); *see also Summers v. Utah*, 927 F.2d 1165, 1167 (10th Cir. 1991) ("In the absence of timely objection, the district court may review a magistrate's report under any standard it deems appropriate.").

In accordance with the foregoing, the Court ORDERS as follows:

(1)    The Magistrate Judge's Recommendation (ECF No. 65) is ADOPTED in its entirety;

(2)    Defendant Morgan's Motion to Dismiss (ECF No. 18) is GRANTED, and all claims against Defendant Morgan are hereby DISMISSED WITH PREJUDICE.  Each party shall pay his or its own attorney's fees and costs.

Dated this 18th day of June, 2014.

BY THE COURT:

_____

William J. Martínez
United States District Judge