**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Action No.  13-cv-01976-WJM-MJW

JOSEPH VIGIL,

    Plaintiff,

v.

DOUG ROBERTS, Private Prison Monitor Unit, Medical,
NURSE RAY RICE, Employee, Contractor of CDOC, and
DR. MAURICE FAUVEL, Employee, Contractor of CDOC,

    Defendants.

---

## FINAL JUDGMENT

---

Pursuant to and in accordance with Fed. R. Civ. P. 58(a); all previous Orders entered in this case; and the Order Adopting August 26, 2014 Recommendation of Magistrate Judge and Granting Defendants' Motion for Summary Judgment, entered by the Honorable William J. Martínez, United States District Judge, on September 29, 2014,

IT IS ORDERED AS FOLLOWS:

1. The Magistrate Judge's Recommendation (ECF No. 72) is ADOPTED in its entirety;

2. Defendants' Motion for Summary Judgment (Ecf No. 68) is GRANTED.

3. Final Judgment is entered in favor of Defendants and against the Plaintiff and the action and complaint are dismissed. Each party shall bear their/his own costs.

Dated at Denver, Colorado this  30th  day of September, 2014.

                                                BY THE COURT:
                                                JEFFREY P. COLWELL, CLERK

                                                By:  s/Deborah Hansen
                                                Deborah Hansen, Deputy Clerk